IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 12-14676-FF consolidated with 12-15147FF

CAMBRIDGE UNIVERSITY PRESS,
OXFORD UNIVERSITY PRESS, INC.,
SAGE PUBLICATIONS, INC.,

                Plaintiffs - Appellants,

versus

CARL V. PATTON, et al.,

                Defendants,

J. L. ALBERT,
in his official capacity as Georgia State
University Associate Provost for Information
System and Technology,
KENNETH R. BERNARD, JR.,
in his official capacity as member of the
Board of Regents of the University System of Georgia.,
ROBERT F. HATCHER, in his official capacity as
Vice Chair of the Board of Regents of the
University System of Georgia,
W. MANSFIELD JENNINGS, JR.,
in his official capacity as member of the
Board of Regents of the University System of Georgia,
JAMES R. JOLLY,
in his official capacity as member of the Board of Regents
of the University System of Georgia, et al.,

                Defendants - Appellees.

Appeal from the United States District Court
for the Northern District of Georgia

<u>ON PETITION(S) FOR REHEARING AND PETITION(S) FOR REHEARING EN BANC</u>

BEFORE: TJOFLAT and MARCUS, Circuit Judges, and VINSON,* District Judge.

PER CURIAM:

The Petition(s) for Rehearing are DENIED and no Judge in regular active service on the Court having requested that the Court be polled on rehearing en banc (Rule 35, Federal Rules of Appellate Procedure), the Petition(s) for Rehearing En Banc are DENIED.

ENTERED FOR THE COURT:

/s/ [signature]
UNITED STATES CIRCUIT JUDGE

ORD-42

*Honorable C. Roger Vinson, United States District Judge for the Northern District of Florida, sitting by designation.